IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
IN ADMIRALTY

CASE NO.

IN RE THE COMPLAINT OF:
ROYAL CARIBBEAN CRUISES LTD.,
as owner of the Sea-Doo GTS Vessel bearing
serial number YDV33657C616
for Exoneration from or Limitation of Liability.
_____/

## AFFIDAVIT OF VALUE

STATE OF FLORIDA
COUNTY OF MIAMI-DADE

Before me, the undersigned authority, a notary public, personally came and appeared ROLANDO R. SANTOS who, being duly sworn, did depose and state as follows:

1. My name is Rolando R. Santos and I am over eighteen (18) years of age.

2. I am an accredited marine surveyor / Marine Engineer employed with Alpha Marine Surveyors located in Miami-Dade County, Florida. I have been actively working as a marine surveyor for more than 35 years and in such capacity I am familiar with and have determined the value of vessels such as the 2016 Sea-Doo GTS vessel bearing serial number YDV33657C616.

3. As I did not personally inspect the subject vessel which is the subject of this lawsuit, my valuation of the vessel was made on the basis of information provided to me by the Plaintiff; namely, that the vessel was in good working condition with no noticeable damage after the subject incident, and my review of certain documentation and information concerning the vessel. I have determined that the fair market value of the vessel as of June 24, 2017 ~~was no~~ more than $5,261.50.

FURTHER AFFIANT SAYETH NAUGHT.

_____
ROLANDO R. SANTOS

STATE OF FLORIDA
COUNTY OF MIAMI-DADE

BEFORE ME, the undersigned authority, personally appeared ROLANDO R. SANTOS who ( ) is personally known to me, or ( ✓ ) who produced a copy of FOL S 532-736-59-007-0 as proof of identification.
Exp 1-7-2021
SWORN TO AND SUBSCRIBED before me this 2nd day of January, 2018.

_____
Notary Public – State of Florida

My Commission Number:
My Commission Expires:


JACQUELINE ROSE RODRIGUEZ
Notary Public - State of Florida
Commission # FF 198780
My Comm. Expires May 9, 2018