IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

IN ADMIRALTY

CASE NO.

IN RE THE COMPLAINT OF:
ROYAL CARIBBEAN CRUISES LTD.,
as owner of the 2016 Sea-Doo GTS Vessel bearing
serial number YDV33657C616
for Exoneration from or Limitation of Liability.
_____/

## AFFIDAVIT OF NO PENDING FREIGHT

BEFORE ME, the undersigned authority, personally appeared MIGUEL HERNANDEZ, who after first being duly sworn, deposes and says:

1. I am employed by Royal Caribbean Cruises, Ltd., as Supervisor of Guest Claims.

2. The incident described in the Complaint involved a 2016 Sea-Doo GTS vessel, bearing serial number YDV33657C616, owned by Royal Caribbean Cruises, Ltd. The incident described in the Complaint occurred on or about June 24, 2017. The vessel carried no freight whatsoever at the time of the incident or at any other time.

3. The affidavit of value signed by accredited marine surveyor, Rolando R. Santos, filed contemporaneously herein, estimates the value of the vessel without any pending freight.

FURTHER AFFIANT SAYETH NAUGHT.

_____
MIGUEL HERNANDEZ

STATE OF FLORIDA
COUNTY OF MIAMI-DADE

BEFORE ME, the undersigned authority, personally appeared MIGUEL HERNANDEZ who ( ✓ ) is personally known to me, or ( ) who produced a copy of _____ as proof of identification.

SWORN TO AND SUBSCRIBED before me this  5th  day of January, 2018.

_____
Notary Public – State of Florida

My Commission Expires:

LINDA MCGRATH CRUZ
Notary Public - State of Florida
Commission # FF 221694
My Comm. Expires Apr 16, 2019
Bonded through National Notary Assn.