IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

MIAMI DIVISION

IN ADMIRALTY

CASE NO. 18-CV-20050/MORENO

**BOND NO.: S283861**

IN RE THE COMPLAINT OF:
ROYAL CARIBBEAN CRUISES LTD.,
as owner of the 2016 Sea-Doo GTS Vessel bearing
serial number YDV33657C616
for Exoneration from or Limitation of Liability.
_____/

**AD INTERIM STIPULATION OF VALUE AND STIPULATION FOR COSTS**

WHEREAS ROYAL CARIBBEAN CRUISES, LTD., (the "Plaintiff"), as Owner of the 2016 Sea-Doo GTS Vessel bearing serial number YDV33657C616 (the "Vessel"), has instituted a proceeding in this Court for limitation of or exoneration from liability with respect to all losses, damages, injuries or destruction allegedly resulting from the casualty described in the Petition, in which the Plaintiff requests, among other things, that a Monition may issue to all persons or corporations asserting claims for loss, injuries or damages arising out of said accident and voyage, admonishing them to appear and make due proof of their respective claims and also to appear and answer the allegations of Plaintiff herein, and that an Injunction be issued restraining commencement and prosecution of any and all actions, claims or proceedings against Plaintiff, the Vessel, or any other property of the Plaintiff as a result of the incident described in the Petition, except pursuant to the Monition granted herein;

WHEREAS Plaintiff wishes to provide an Ad Interim Stipulation for the value of its interest in the Vessel as security for all those who may file claims herein, pending the ascertainment by reference of the amount or value of Plaintiff's interest in the Vessel.

NOW THEREFORE, the Plaintiff stipulates that it will deposit no more than the sum of USD $5,261.50 in the form of a surety bond with the Court's registry with interest at the rate of

Ad Interim Stipulation of Value and Stipulation for Costs
Bond # S283861
Page 2

6% per annum from the date hereof and costs, and Plaintiff will pay said sum and/or deposit said bond into the Court within fifteen (15) days after the demand thereof by any Claimant.

Further, Plaintiff will pay and/or deposit a surety bond in the Court's registry, within fifteen (15) days after the entry of an Order confirming the report of a commissioner to be appointed to appraise the amount of value of the Plaintiff's interest in the Vessel, the amount or value of such interest is thus ascertained and ordering the posting of said bond, if demanded by any Claimant, or alternatively will file in this proceeding a Joint Stipulation for Value in the usual form, and that after giving of the Joint Stipulation for Value in the usual form, this Ad Interim Stipulation shall stand as security for all claims in the said limitation of liability proceeding *in lieu* of said bond, until such time as any Claimant demands the posting of a bond or the Court so orders.

THUS DONE AND EXECUTED this 3rd day of January, 2018.

Respectfully submitted,

*/s/ Darren W, Friedman*
Darren Friedman, Esq.
Attorney for Plaintiff, Royal Caribbean Cruises Ltd.

And

NGM Insurance Company

_____
John W. Charlton
Attorney-in-Fact for Surety

**NGM INSURANCE COMPANY**
*A member of The Main Street America Group*

**POWER OF ATTORNEY**

**06-03017455**

KNOW ALL MEN BY THESE PRESENTS: That NGM Insurance Company, a Florida corporation having its principal office in the City of Jacksonville, State of Florida, pursuant to Article IV, Section 2 of the By-Laws of said Company, to wit:

> "Article IV, Section 2. The board of directors, the president, any vice president, secretary, or the treasurer shall have the power and authority to appoint attorneys-in-fact and to authorize them to execute on behalf of the company and affix the seal of the company thereto, bonds, recognizances, contracts of indemnity or writings obligatory in the nature of a bond, recognizance or conditional undertaking and to remove any such attorneys-in-fact at any time and revoke the power and authority given to them."

does hereby make, constitute and appoint  **D W Matson III, John W Charlton** ─────────────────────

its true and lawful Attorneys-in-fact, to make, execute, seal and deliver for and on its behalf, and as its act and deed, bonds, undertakings, recognizances, contracts of indemnity, or other writings obligatory in nature of a bond subject to the following limitation:

**1. No one bond to exceed Ten Million Dollars ($10,000,000.00)**

and to bind NGM Insurance Company thereby as fully and to the same extent as if such instruments were signed by the duly authorized officers of NGM Insurance Company; the acts of said Attorney are hereby ratified and confirmed.

This power of attorney is signed and sealed by facsimile under and by the authority of the following resolution adopted by the Directors of NGM Insurance Company at a meeting duly called and held on the 2nd day of December 1977.

> Voted: That the signature of any officer authorized by the By-Laws and the company seal may be affixed by facsimile to any power of attorney or special power of attorney or certification of either given for the execution of any bond, undertaking, recognizance or other written obligation in the nature thereof; such signature and seal, when so used being hereby adopted by the company as the original signature of such office and the original seal of the company, to be valid and binding upon the company with the same force and effect as though manually affixed.

*IN WITNESS WHEREOF,* NGM Insurance Company has caused these presents to be signed by its Vice President, General Counsel and Secretary and its corporate seal to be hereto affixed this 8th day of January, 2016.

NGM INSURANCE COMPANY By:     *Bruce R Fox*
Bruce R Fox
Vice President, General
Counsel and Secretary

State of Florida,
County of Duval.

On this January 8, 2016, before the subscriber a Notary Public of State of Florida in and for the County of Duval duly commissioned and qualified, came Bruce R Fox of NGM Insurance Company, to me personally known to be the officer described herein, and who executed the preceding instrument, and he acknowledged the execution of same, and being by me fully sworn, deposed and said that he is an officer of said Company, aforesaid: that the seal affixed to the preceding instrument is the corporate seal of said Company, and the said corporate seal and her signature as officer were duly affixed and subscribed to the said instrument by the authority and direction of the said Company; that Article IV, Section 2 of the By-Laws of said Company is now in force.

IN WITNESS WHEREOF, I have hereunto set my hand and affixed my official seal at Jacksonville, Florida this 8th day of January, 2016.

Tasha Ann Philpot
NOTARY PUBLIC
STATE OF FLORIDA
Comm# FF915117
Expires 10/3/2018

I, Nancy Giordano-Ramos, Vice President of NGM Insurance Company, do hereby certify that the above and foregoing is a true and correct copy of a Power of Attorney executed by said Company which is still in full force and effect.

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of said Company at Jacksonville, Florida this __3rd__ day of __January, 2018__.

WARNING: Any unauthorized reproduction or alteration of this document is prohibited.
TO CONFIRM VALIDITY of the attached bond please call 1-800-225-5646.
TO SUBMIT A CLAIM: Send all correspondence to 55 West Street, Keene, NH 03431 Attn: Bond Claims.

DocuGard #04546 contains a security pantograph, blue background, heat-sensitive ink, coin-reactive watermark, and microtext printing on border.