IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

MIAMI DIVISION

IN ADMIRALTY

CASE NO. 18-cv-20050-MORENO

IN RE THE COMPLAINT OF:
ROYAL CARIBBEAN CRUISES LTD.,
as owner of the 2016 Sea-Doo GTS Vessel bearing
serial number YDV33657C616
for Exoneration from or Limitation of Liability.
_____/

**NOTICE OF FILING LIST OF ALL KNOWN CLAIMANTS**

Plaintiff, ROYAL CARIBBEAN CRUISES LTD., as owner of the Sea-Doo GTS Vessel bearing serial number YDV33657C616, by and through undersigned counsel, hereby files this Notice of All Known Claimants in Support of its Verified Complaint for Exoneration From or Limitation of Liability. At this time, the Plaintiff is aware of the following claimants:

Teresa Coldwell
5231 NE 14th Terrace
Fort Lauderdale, FL 33334

Dated: January 8, 2018
Miami, Florida

Respectfully submitted,

**FOREMAN FRIEDMAN, P.A.**

BY: */s/ Elisha M. Sullivan*
Darren W. Friedman, Esq. (FBN 0146765)
dfriedman@fflegal.com
Rachael M. Fagenson, Esq. (FBN 91868)
Rmitchell@fflegal.com
Elisha Sullivan, Esq. (FBN 57559)
esullivan@fflegal.com
One Biscayne Tower, Suite 2300
2 South Biscayne Boulevard
Miami, FL 33131
Tel: 305-358-6555/Fax: 305-374-9077
Counsel for Plaintiff

**FOREMAN FRIEDMAN, PA, 2 South Biscayne Boulevard, Miami, FL 33131 Tel: 305-358-6555 / Fax: 305-374-9077**