IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

MIAMI DIVISION

IN ADMIRALTY

CASE NO. 18-cv-20050-MORENO/Turnoff

IN RE THE COMPLAINT OF:
ROYAL CARIBBEAN CRUISES LTD.,
as owner of the 2016 Sea-Doo GTS Vessel bearing
serial number YDV33657C616
for Exoneration from or Limitation of Liability.
_____/

## MOTION FOR MODIFICATION OF ORDER APPROVING AD INTERIM STIPULATION OF VALUE, DIRECTING ISSUANCE OF MONITION AND INJUNCTION

Plaintiff, Royal Caribbean Cruise Ltd., as owner of the 2016 Sea-Doo GTS Vessel bearing serial number YDV33657C616, hereby moves this Court for entry of an Order modifying its Order Approving Ad Interim Stipulation of Value, Directing Issuance of Monition and Injunction [D.E. 5], and states as follows:

On January 5, 2018, Plaintiff filed its Verified Complaint for Exoneration From or Limitation of Liability [D.E. 1] and Ad Interim Stipulation of Value and Stipulation for Costs [D.E. 3]. On January 10, 2018, this Court entered its Order Approving Ad Interim Stipulation of Value, Directing Issuance of Monition and Injunction. [D.E. 5]. Pursuant to that Order, Rule F(4) of the Supplemental Rules for Admiralty or Maritime Claims of the Federal Rules of Civil Procedure, and Local Rule F(1), the Plaintiff is to effect publication of notice of the claim once each week for four successive weeks, "prior to the date fixed for the filing of claims." However, the date fixed by the Court in the Order is January 30, 2018, which provides insufficient time for the Plaintiff to affect publication in accordance with the Order, Rule F(4) and Local Rule F(1). The Plaintiff respectfully requests that the Court amend the Order Approving Ad Interim Stipulation of Value, giving a date for filing of claims which falls on a date sufficient to allow

time for the Plaintiff to effect the required four weeks of publication. A copy of the Proposed Order is attached hereto as Exhibit "A".

WHEREFORE, the Plaintiff respectfully requests that this Court enter an Order modifying its Order Approving Ad Interim Stipulation of Value, Directing Issuance of Monition and Injunction [D.E. 5].

Dated:   January 11, 2018
    Miami, Florida

         Respectfully submitted,

         **FOREMAN FRIEDMAN, P.A.**

BY: */s/  Elisha M. Sullivan*     
      Darren W. Friedman, Esq. (FBN 0146765)
      dfriedman@fflegal.com
      Rachael M. Fagenson, Esq. (FBN 91868)
      Rmitchell@fflegal.com
      Elisha Sullivan, Esq. (FBN 57559)
      esullivan@fflegal.com
      One Biscayne Tower, Suite 2300
      2 South Biscayne Boulevard
      Miami, FL  33131
      Tel: 305-358-6555/Fax: 305-374-9077
      Counsel for Plaintiff