IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

MIAMI DIVISION

IN ADMIRALTY

CASE NO. 18-cv-20050-MORENO/Turnoff

IN RE THE COMPLAINT OF:
ROYAL CARIBBEAN CRUISES LTD.,
as owner of the 2016 Sea-Doo GTS Vessel bearing
serial number YDV33657C616
for Exoneration from or Limitation of Liability.
_____/

**MOTION FOR ORDER DIRECTING CLERK TO ISSUE NOTICE OF PUBLICATION**

Plaintiff, Royal Caribbean Cruise Ltd., as owner of the 2016 Sea-Doo GTS Vessel bearing serial number YDV33657C616, hereby moves this Court for entry of an Order directing the Clerk to issue the attached Notice of Publication, and states as follows:

On January 5, 2018, Plaintiff filed its Verified Complaint for Exoneration From or Limitation of Liability [D.E. 1] and Ad Interim Stipulation of Value and Stipulation for Costs [D.E. 3]. On January 12, 2018, this Court entered its Order Approving Ad Interim Stipulation of Value, Directing Issuance of Monition and Injunction. [D.E. 5]. Pursuant to that Order, Rule F(4) of the Supplemental Rules for Admiralty or Maritime Claims of the Federal Rules of Civil Procedure, and Local Rule F(1), the Plaintiff is to effect publication of notice of the claim once each week for four successive weeks. Section 6A of the General Civil Case Filing Requirements provides that after the Monition and Injunction is entered by the Court, the Clerk will issue the Notice of Publication for the Plaintiff to effect publication. A proposed Notice of Publication is attached hereto as Exhibit "A".

WHEREFORE, the Plaintiff respectfully requests that this Court enter an Order directing the Clerk to execute the attached Notice of Publication so that the Plaintiff may effect publication of notice.

**FOREMAN FRIEDMAN, PA, 2 South Biscayne Boulevard, Miami, FL 33131 Tel: 305-358-6555 / Fax: 305-374-9077**

Dated:   January 12, 2018
Miami, Florida

                        Respectfully submitted,

                        **FOREMAN FRIEDMAN, P.A.**

BY: */s/ Elisha M. Sullivan*
                Darren W. Friedman, Esq. (FBN 0146765)
                dfriedman@fflegal.com
                Rachael M. Fagenson, Esq. (FBN 91868)
                Rmitchell@fflegal.com
                Elisha Sullivan, Esq. (FBN 57559)
                esullivan@fflegal.com
                One Biscayne Tower, Suite 2300
                2 South Biscayne Boulevard
                Miami, FL  33131
                Tel: 305-358-6555/Fax: 305-374-9077
                Counsel for Plaintiff