IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

MIAMI DIVISION

IN ADMIRALTY

CASE NO.

IN RE THE COMPLAINT OF:
ROYAL CARIBBEAN CRUISES LTD.,
as owner of the 2016 Sea-Doo GTS Vessel bearing
serial number YDV33657C616
for Exoneration from or Limitation of Liability.
_____/

[PROPOSED]
**NOTICE OF PUBLICATION FOR EXONERATION
FROM OR LIMITATION OF LIABILITY**

Notice is given that ROYAL CARIBBEAN CRUISES, LTD., as owner of the 2016 Sea-Doo GTS Vessel bearing serial number YDV33657C616 (hereinafter "vessel") has filed a Complaint pursuant to Title 46 U.S. Code §§ 30501-30512 claiming the right to exoneration from or limitation of liability for all claims occasioned or incurred by or resulting from the incident involving the Vessel, which occurred on or about June 24, 2017.

All persons having such claims must file them, as provided in Rule F, Supplemental Rules for Certain Admiralty and Maritime Claims of the Federal Rules of Civil Procedure, with the Clerk of this Court at the United States Courthouse for the Southern District of Florida, Federal Courthouse Square, 400 North Miami Avenue, Miami, Florida 33128 and serve on the Petitioner's attorneys Foreman Friedman, PA, 2 South Biscayne Blvd., Suite 230, Miami, FL 33131, a copy thereof on or before February 13, 2018 or be defaulted.  Personal attendance is not required.

Any claimant desiring to contest the claims of Plaintiff must file an Answer to said

Complaint, as required by Rule F, Supplemental Rules for Certain Admiralty and Maritime Claims of the Federal rules of Civil Procedure, and serve on Plaintiff's attorney a copy.

DATED this ___ day of _____, 2018.

_____
Deputy Clerk of the United States
District Court for the Southern District
of Florida

**To be published in The Daily Business Review – Miami Edition