IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

MIAMI DIVISION

IN ADMIRALTY

CASE NO. 18-CV-20050/MORENO

IN RE THE COMPLAINT OF:
ROYAL CARIBBEAN CRUISES LTD.,
as owner of the 2016 Sea-Doo GTS Vessel bearing
serial number YDV33657C616
for Exoneration from or Limitation of Liability.
_____/

[PROPOSED]
**ORDER DIRECTING CLERK TO ISSUE NOTICE OF PUBLICATION**

THIS CAUSE having come before the Court on Defendants' Motion for Order Directing Clerk to Issue Notice of Publication, and the Court being fully advised in the premises it is hereby:

ORDERED AND ADJUDGED: Defendant's Motion is hereby GRANTED. The Clerk is hereby directed to issue the attached Notice of Publication.

DONE AND ORDERED in Chambers at _____, Florida this ____ day of January, 2018.

_____
FEDERICO A. MORENO
DISTRICT COURT JUDGE