UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division

**Case Number: 18-20050-CIV-MORENO**

IN RE THE COMPLAINT OF: ROYAL
CARIBBEAN CRUISES LTD., *as owner of the
2016 Sea-Doo GTS vessel bearing serial
number YDV33657C616 for exoneration of
liability*,

_____/

## ORDER DIRECTING CLERK TO ISSUE NOTICE OF PUBLICATION

THIS CAUSE came before the Court upon Royal Caribbean's Motion for Order Directing Clerk to Issue Notice of Publication **(D.E. 8)**, filed on **January 12, 2018**.

THE COURT has considered the motion, the pertinent portions of the record, and being otherwise fully advised in the premises, it is

**ADJUDGED** that the motion is GRANTED. The Clerk is directed to issue the attached Notice of Publication.

DONE AND ORDERED in Chambers at Miami, Florida, this ___10th___ of January 2018.

_____
FEDERICO A. MORENO
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record