UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division

Case Number: 18-20050-CIV-MORENO

IN RE THE COMPLAINT OF: ROYAL
CARIBBEAN CRUISES LTD., *as owner of the
2016 Sea-Doo GTS vessel bearing serial number
YDV33657C616 for exoneration of liability*,
_____/

### NOTICE OF PUBLICATION FOR EXONERATION FROM OR LIMITATION OF LIABILITY

Notice is given that Royal Caribbean Cruises, Ltd., as owner of the 2016 Sea-Doo GTS Vessel bearing serial number YDV33657C616, has filed a Complaint pursuant to 46 U.S.C. §§ 30501-30512 claiming the right to exoneration from or limitation of liability for all claims occasioned or incurred by or resulting from the incident involving the Vessel, which occurred on or about June 24, 2017.

All persons having such claims must file them, as provided in Rule F, Supplemental Rules for Certain Admiralty and Maritime Claims of the Federal Rules of Civil Procedure, with the Clerk of this Court at the United States Courthouse for the Southern District of Florida, 400 North Miami Avenue, Miami, Florida 33128 and serve on the Plaintiff's attorneys Foreman Friedman, PA, 2 South Biscayne Blvd., Suite 230, Miami, Florida 33131, a copy on or before February 13, 2018 or be defaulted. Personal attendance is not required.

Any claimant desiring to contest the claims of Plaintiff must file an Answer to said Complaint, as required by Rule F, Supplemental Rules for Certain Admiralty and Maritime Claims of the Federal rules of Civil Procedure, and serve on Plaintiff's attorney a copy.

DATED this ___ day of January 2018.

_____
Deputy Clerk of the United States
District Court for the Southern District
of Florida

**To be published in The Daily Business Review – Miami Edition